# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

UNITED STATES OF AMERICA, for the use
and benefit of HIS CONSTRUCTORS, INC.
and HIS CONSTRUCTORS, INC.,

*Plaintiff*,

v.

Case No. 3:22-cv-00847-DRL-MGG

ROCKFORD CORPORATION and LIBERTY
MUTUAL INSURANCE COMPANY,

*Defendants*.

## DEFENDANTS' MOTION TO CHANGE VENUE

Pursuant to 28 U.S.C. § 1404(a), Defendants Rockford Corporation and Liberty Mutual

Insurance Company (collectively "Defendants" or "Rockford") respectfully request that

this case be transferred to the United States District Court for the District of Alaska.

WHEREFORE, Defendants request that the Court transfer this case to the United

States District Court for the District of Alaska and grant all other just and proper relief.

**[SIGNATURES APPEAR ON NEXT PAGE]**

Respectfully submitted,

/s/ *Anne Marie Tavella*

Anne Marie Tavella, ABA No. 1506045
DAVIS WRIGHT TREMAINE LLP
188 W. Northern Lights Blvd. Ste. 1100
Anchorage, AK 99503-3985
Telephone: (907) 257-5300
annemarietavella@dwt.com

Andrew W. Hull (11218-49)
awhull@hooverhullturner.com
Riley H. Floyd (34014-29)
rfloyd@hooverhullturner.com
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel:    (317) 822-4400
Fax:    (317) 822-0234

*Attorneys for Defendants*

1230018